TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

margainlaw@hotmail.com

Attorneys for Plaintiff
ENEAS VASQUEZ

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ENEAS VASQUEZ | Case No.: 12-cv-003786 EMC |
|---|---|
| Plaintiff | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JUAN FRANCISCO GAMEZ; CANDELARIA GARCIA; and RAMONA GARCIA | |
| Defendants | |

    Plaintiff ENEAS VASQUEZ and Defendants JUAN FRANCISCO GAMEZ; CANDELARIA GARCIA; and RAMONA GARCIA through their attorneys' of record, hereby stipulate as follows:

    1.    The initial Case Management Conference is set for October 19, 2012.

    2.    Defendants have hired Defense counsel Michael A. Farbstein to represent them in this action the week of October 15, 2012.  Defense counsel needs additional time to

- 1 -

become sufficiently familiar with the facts and allegations in order to properly participate in the case management process.

3. The parties would like to continue the Initial Case Management Conference and the Rule 26 deadlines 30 days to be able to have a meaningful exchange and to adequately prepare for the initial Case Management Conference including narrowing issues and talking about claims and defenses.

SO STIPULATED

FOR PLAINTIFF

DATED: 10/16/12

DAL BON & MARGAIN

By: _____
Tomas E. Margain
For Plaintiffs

DATED: 10/16/12

FARBSTEIN & BLACKMAN

By: _____
Michael A. Farbstein
For Defendants

ORDER

Based on GOOD CAUSE shown, the initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**October 26, 2012**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.

- Last Day to file ADR Certificate signed by Parties and Counsel.

- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference

**November ~~9~~ 8, 2012**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement

**November ~~16~~ 15, 2012**

- Initial Case Management Conference (CKC in Courtroom 5, 17th Floor, SF at 9:00 a.

IT IS SO ORDERED

DATED: October 23, 2012   By: _____
Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -