1  TOMAS E. MARGAIN, Bar No. 193555
   DAL BON & MARGAIN, APC
2  28 NORTH 1ST SUITE 700
   SAN JOSE, CA 95113
3  TEL (408) 297-4729
   FAX (408) 297-4728
4
5  margainlaw@hotmail.com

6  Attorneys for Plaintiff
   ENEAS VASQUEZ

7
                    UNITED STATES DISTRICT COURT
8
                 FOR NORTHERN DISTRICT OF CALIFORNIA
9

10 ENEAS VASQUEZ and NANCY          Case No.: 12-cv-003786 EMC
   CARINA LENA
11
12                                  **STIPULATION AND PROP~~OSED~~**
                                    **ORDER TO CONTINUE DEADLINE**
13          Plaintiff               **TO CONDUCT COURT SPONSORED**
                                    **MEDIATION AND TO CONTINUE**
14 v.                               **SUBSEQUENT CASE MANAGEMENT**
                                    **CONFERENCE**
15 JUAN FRANCISCO GAMEZ; CANDELARIA

16 GARCIA; and RAMONA GARCIA

17        Defendants

18
         Plaintiffs ENEAS VASQUEZ and NANCY CARINA LENA and Defendants JUAN
19
   FRANCISCO GAMEZ; CANDELARIA GARCIA; and RAMONA GARCIA through their
20
   attorneys' of record, hereby stipulate as follows:
21
22   1.   The parties are mediating this case through the Court's ADR Department using the

23        services of Andrew Pierce.

24   2.   Counsel had originally set the mediation for February 13, 2013 which had to be

25        moved to March 21, 2013 to accommodate Plaintiffs' counsel's trial schedule.

- 1 -

**STIPULATION TO CONTINUE MEDIATION CUT OFF
AND CASE MANAGEMENT CONFERENCE**

3. The next Case Management Conference is set for March 7, 2013 at 10:30 am. See Docket 19. The parties request that this be reset to a date after the March 21, 2013 Mediation. The parties suggest a date of April 4, 2013 at 10:30 a.m. with statements due on March 28, 2013 in the event the case does not settle. Given the participation of Mr. Pierce, counsel believe that the case has a very strong chance to settle on March 21, 2013 and therefore ask for this accommodation.

SO STIPULATED

   FOR PLAINTIFF

DATED:   February 14, 2013        By:   /s/ Tomas Margain
                                        Tomas E. Margain
                                        For Plaintiffs

**FARBSTEIN & BLACKMAN**

DATED:   February 14, 2013        By:   /S/ Michael A. Farbstein
                                        Michael A. Farbstein
                                        For Defendants

**ORDER**

Based on GOOD CAUSE shown, the initial Case Management Conference and Rule 26 Deadlines are continued as follows:

The Deadline to complete Court sponsored mediation is continued to March 21, 2013. The Case Management Conference (Courtroom 5, 17th Floor, SF) set for March 7, 2013 at 10:30 a.m. is hereby continued to April 4, 2013 at 10:30 a.m. with statements due on March 28, 2013.

IT IS SO ORDERED

DATED:   2/19/13        By: _____
                            Edward M. Chen
                            United [States District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

- 2 -

STIPULATION TO CONTINUE MEDIATION CUT OFF
AND CASE MANAGEMENT CONFERENCE