TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
CASA LEGAL
84 W. SANTA CLARA St. SUITE 790
SAN JOSE CA 95113
Tel. (408) 317-1100
Fax. (408) 315-0150
Tomas@LaCasaLegal.com
Huy@LaCasaLegal.com

Attorneys for Plaintiffs

ENEAS VASQUEZ and NANCY CARINA LENA

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEAS VASQUEZ and NANCY CARINA LENA<br><br>Plaintiff<br><br>v.<br><br>JUAN FRANCISCO GAMEZ; CANDELARIA GARCIA; and RAMONA GARCIA<br><br>Defendants | Case No.: 12-cv-003786 EMC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

1. The matter has fully settled and the parties have executed a written settlement agreement.  The agreement calls for payments to be made over a four month period.

2. The parties stipulate that this matter be dismissed with prejudice.

- 1 -

**STIPULATION TO DISMISS WITH PREJUDICE**

3. The parties request that the Court retain jurisdiction to enforce the settlement agreement in the event there is a breach for a period of approximately 150 days only or to September 25, 2013.

IT IS SO STIPULATED

FOR PLAINTIFF

DATED: April 24, 2013    By: /s/ Tomas Margain
                              Tomas E. Margain
                              For Plaintiffs

**FARBSTEIN & BLACKMAN**

DATED: April 24, 2013    By: /S/ Michael A. Farbstein
                              Michael A. Farbstein
                              For Defendants

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of settlement agreement so long as a motion is filed before September 25, 2013. After that, this order is without prejudice with any party seeking to enforce the contract in a separate proceeding.

IT IS SO ORDERED

DATED: 4/29/13    By: _____ Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**STIPULATION TO DISMISS WITH PREJUDICE**